AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
SEP 25 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
Ibrahim P. Bah
*Defendant*

)
)
)  Case No.   1:15-mj-00410
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ibrahim P. Bah

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

See attached petition

Date: 12/01/2015

*Issuing officer's signature*

City and state: Alexandria, VA

Laura Brumbaugh-Deputy Clerk
*Printed name and title*

2015 DEC -2 AM 7:08
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION
RECEIVED UNITED STATES MARSHAL 09/25/17

### Return

This warrant was received on *(date)* 12/2/15, and the person was arrested on *(date)* 09/25/17
at *(city and state)* ARLINGTON, VA

Date: 9/25/17

*Arresting officer's signature*

ANDREW WONG / DUSM
*Printed name and title*